# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Diana Cole Cherry,

      Plaintiff,

   vs.

Richard P. McKenney,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:16-cv-07467-SVW-PLA

**JUDGMENT**

JS-6

The Motion for Summary Judgment ("Motion") of Unum Life Insurance Company of America (erroneously sued through Richard P. McKenney) (collectively referred to as "Unum") came on before the Honorable Stephen V. Wilson of the above-entitled Court.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

156285.1

1

Case No. 2:16-cv-07467-SVW-PLA
[PROPOSED] JUDGMENT

After full consideration of the moving, opposition and reply papers, the Memorandum of Points and Authorities submitted by all parties, the Request for Judicial Notice, the Declarations filed in support of and in opposition to the Motion, the exhibits attached thereto, and in accordance with this Court's Order Granting Unum's Motion entered on April 26, 2017, the Court finds that Plaintiff Diana Cole Cherry's ("Plaintiff") state law claims are preempted by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq*., and Plaintiff is unable to state a claim under ERISA.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Unum's Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint is dismissed with prejudice with respect to all claims for relief.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff takes nothing on her Complaint, and no benefits or damages are payable to Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Unum and against Plaintiff.

**IT IS SO ORDERED.**

Dated: May 15, 2017

_____
Hon. Stephen V. Wilson
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

156285.1

2

Case No. 2:16-cv-07467-SVW-PLA
[PROPOSED] JUDGMENT